```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

------------------------------x
                                :
BENJAMIN RIVERA                :     Civ. No. 3:14CV1172 (SALM)
                                :
v.                              :
                                :
COMMISSIONER OF SOCIAL      :
SECURITY                      :     JUNE 9, 2015
                                :
------------------------------x

<u>RULING ON CONSENT MOTION FOR ENTRY OF JUDGMENT</u>

     The Consent Motion to Remand Under Sentence Four of 42 U.S.C. §405(g) **[Doc. #26]** is **GRANTED** pursuant to sentence four of 205(g) of the Social Security Act, 42 U.S.C. §405(g). Pursuant to the power of this Court to enter judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of Section 205(g) of the Social Security Act, 42 U.S.C. §405(g), and in light of the Government's request to remand this action for further administrative proceedings, it is ordered that this matter be remanded to the Commissioner.

     Upon remand, the Administrative Appeals Council will remand this case to an Administrative Law Judge ("ALJ") for further proceedings. Plaintiff consents to remand.

     Therefore, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) with a remand of the case to the Commissioner for further proceedings.  <u>See</u>

<u>Shalala v. Schaefer</u>, 509 U.S. 292 (1993); <u>Melkonyan v. Sullivan</u>, 501 U.S. 89 (1991).

The clerk of the court will enter a separate judgment pursuant to Fed. R. Civ. P. 58.

This is not a Recommended Ruling.  The parties consented to the entry of a final order and judgment by a Magistrate Judge on June 9, 2015. [Doc. #26].

SO ORDERED at New Haven, Connecticut this 9th day of June 2015.

```
          /s/
Sarah A. L. Merriam
UNITED STATES MAGISTRATE JUDGE
```